UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MASON SUTTON,

    Plaintiff,

v.                                              Case No: 8:20-cv-915-T-36CPT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on May 12, 2020 (Doc. 6). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court: (1) deny Sutton's construed motion to proceed *in forma pauperis* (Doc. 2); (2) direct Sutton to pay the Clerk's filing fee within twenty (20) days of the Court's Order; and (3) direct that the failure to pay the filing fee within this time frame may result in a dismissal of this action without further notice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Affidavit of Indigency (Doc. 2), construed as a motion to proceed *in forma pauperis* is DENIED.

**(3)** Plaintiff is directed to pay the Clerk's filing fee **within twenty (20) days of the date of this Order. Failure to pay the filing fee within this time frame may result in a dismissal of this action without further notice.**

**DONE AND ORDERED** at Tampa, Florida on June 1, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record